UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SERGIO VELAZQUEZ ULLOA,<br><br>Defendant. | Case No. 6:24-mj-00015-HBK<br><br>ORDER MODIFYING UNSUPERVISED PROBATION<br><br>(Doc. No. 9) |

Pending before the Court is the Defendant's request to modify probation filed June 17, 2025. (Doc. No. 9). Defendant petitions the Court to extend Defendant's period of probation to November 14, 2025 in order that he may complete his DUI- Offender course. (*Id*.).

On August 14, 2024, Defendant was sentenced to 12 months of unsupervised probation, and ordered to pay a $750.00 fine, complete 25 hours of community service and complete the DMV First Time Offender DUI Course. (Doc. No. 5). Defendant's probationary period is set to expire on August 14, 2025 but he requires additional time to complete a portion of the DMV First Time Offender DUI Course. Defendant otherwise has complied with his other terms of his probation. The government does not object to the modification.

Accordingly, it is **ORDERED**:

1. Defendant's Motion to Extend Probation (Doc. No. 9) is GRANTED to the extent set forth herein.

2. Pursuant to 18 U.S.C. § 3563(c), the Court extends Defendant's probation to November 14, 2025.

3. The Court sets this case for a Review Hearing on November 4, 2025 at 10:00 A.M.

4. Defendant may move to early terminate probation and vacate the November 4, 2025 Review Hearing if in full compliance and the Government agrees.

Dated:   July 1, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2