# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>      Plaintiff,  )<br>v.  )<br>  )<br>SERGIO VELAZQUEZ ULLOA  )<br>  )<br>      Defendant.  )<br>  ) | Case No. 6:24-mj-00015-HBK<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:**  36 CFR §4.23(a)(1)

**Sentence Date:**  August 14, 2024

**Review Hearing Date:**  July 1, 2025

**Probation Expires On:**  November 14, 2025

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $750 which Total Amount is made up of a Fine: $ 740 Special Assessment: $ 10 Processing Fee: $ Choose an item. Restitution: $

☐ Payment schedule of $         per month by the         of each month.

☒ **Community Service hours Imposed of:** 25 hours

☒ **Other Conditions:** Complete First Time DUI offender Program; complete USMS processing; abstain from operating a vehicle with any detectable amount of alcohol; and mandatory compliance with a chemical test to determine blood alcohol content upon request by a law enforcement officer.

## *DEFENSE POSITION:*

☒ To date, Defendant has paid a total of $ 750

☒ To date, Defendant has performed 25 hours of community service.

☒ Compliance with Other Conditions of Probation: Mr. Ulloa is enrolled in a California First Time DUI Offender course and set to complete it on October 30, 2025.

## *GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

☐ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

CAED (Fresno)- Misd. 6 (Rev. 11/2014)

☐  Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐  The Government disagrees with the following area(s) of compliance:

Government Attorney:  Briana Vollmer Rule 180

### *DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, Mr. Ulloa moves for the following:

☒  that the review hearing set for 11/4/2025 at 10 am

  ☐  be continued to Click here to enter a date. at 10:00 a.m.; or

  ☒  be vacated.  Mr. Ulloa is set to complete his DUI course prior to the November 4 hearing and defense could file a supplemental report confirming he satisfied the final condition.  He has shared this confirmation with the government, and the noted October 30 completion date is even earlier than the October 31 estimated completion date shared at the July Review Hearing before this Court.

  ☒  In the alternative, Mr. Ulloa requests permission to appear virtually given that he lives outside of the Eastern District.

DATED:  10/20/2025

*/s/ Lisa Ndembu Lumeya*
DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒  GRANTED in part and DENIED in part. Considering Defendant has not yet completed the terms of his probation, specifically, the First Time DUI Offender Program required by condition 4 of the Judgement as of the date of this Order, the Court will not vacate the November 4, 2025 Review Hearing.  The Court will grant the request to the extent that Defendant may appear remotely for the Review Hearing.

☐  DENIED.

DATED: 10/27/2025

**HELENA M. BARCH-KUCHTA**
United States Magistrate Judge